IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01926-REB-MJW

STEPHEN THOMAS LUCIANO,

Plaintiff(s),

v.

JEFFERSON COUNTY SHERIFF'S OFFICE, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Joint Motion to Stay (docket no. 5) is DENIED WITHOUT PREJUDICE as premature. The Rule 16 Scheduling Conference is currently set before Magistrate Judge Watanabe on December 4, 2006, at 9:00 a.m. The Plaintiff has sufficient time to receive his right to sue letter before that date.

Date: October 5, 2006