IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01926-REB-MJW

STEPHEN THOMAS LUCIANO,

Plaintiff,

v.

JEFFERSON COUNTY SHERIFF'S OFFICE, et al.,

Defendant(s)

ORDER RE: MOTION TO AMEND COMPLAINT
( Docket No. 19 )

The Court, having reviewed Plaintiff's Motion to Amend complaint, the Court file, and being otherwise fully advised does hereby grant the Motion.

Plaintiff is granted leave by the Court to amend his Complaint to add the claim for violations of the rehabilitation Act of 1973. (X)

DONE AND SIGNED THIS 2nd DAY OF January, 2007

Plaintiff shall file his Amended Complaint with the Court on or before January 8, 2007 so that the Amended Complaint can be Assigned a new Docket Number.

BY THE COURT:

MICHAEL J. WATANABE
United State Magistrate Judge