**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01926-REB-MJW

STEPHEN THOMAS LUCIANO,

    Plaintiff,

v.

JEFFERSON COUNTY SHERIFF'S OFFICE, and
TED MINK, Sheriff, in his official capacity,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before the court is the **Stipulated Motion To Dismiss With Prejudice** [#32], filed February 23, 2007.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulated Motion To Dismiss With Prejudice** [#32], filed February 23, 2007, is **GRANTED**;

    2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

    3.  That the Trial Preparation Conference set for February 15, 2008, is **VACATED**; and

2

4.  That the jury trial set to commence March 10, 2008, is **VACATED**.

Dated February 26, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**